# IN THE SUPREME COURT OF THE STATE OF NEVADA

KURT ALAN FRANKE,
           Appellant,

vs.

STATE OF NEVADA, DEPARTMENT OF MOTOR VEHICLES,
           Respondent.

No. 75305

**FILED**

OCT 0 1 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISISNG APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Jerome M. Polaha, District Judge
       Lansford W. Leavitt, Settlement Judge
       Law Offices of Kurt A. Franke
       Attorney General/Carson City
       Attorney General/Dep't of Public Safety/Carson City
       Washoe District Court Clerk

18-38348